# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 19-1330V
(Unpublished)

* * * * * * * * * * * * * * * * * * * * * * * * *
DANIEL MILLIREN,

          Petitioners,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

          Respondent.
* * * * * * * * * * * * * * * * * * * * * * * * *

Special Master Katherine E. Oler

Filed: March 28, 2023

Order Concluding Proceedings;
Vaccine Rule 21(a).

*John F. McHugh,* Law Office of John McHugh, New York, NY, for Petitioner.
*Jennifer A. Shah,* U.S. Department of Justice, Washington, DC, for Respondent.

### ORDER CONCLUDING PROCEEDINGS[1]

On March 28, 2023, the parties filed a Joint Stipulation of Dismissal in the above-captioned case. ECF No. 90.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

Any questions regarding this Order may be directed to my law clerk, Emily Hanson, by email at Emily_Hanson@cfc.uscourts.gov.

    **IT IS SO ORDERED.**

                                            **s/ Katherine E. Oler**
                                            Katherine E. Oler
                                            Special Master

---

[1] Although this Order has been formally designated "not to be published," it will nevertheless be posted on the Court of Federal Claims' website in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). **This means the Order will be available to anyone with access to the internet**. As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the Order's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the Order in its present form will be available. *Id.*

UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF S[ECIAL MASTERS

_____

DANIEL MILLIREN,                                              19-1330
       Petitioner,                                        Special Master
                                                           Katherine E. Oler
v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,
       Respondent.
_____

Joint Stipulation of Dismissal

It is hereby stipulated by and between the parties, the following matters:

1. On August 30, 2019 the petitioner filed a petition for Vaccine Compensation.

2. The parties hereby stipulate pursuant to Vaccine Rule 21(a) that this action shall be dismissed.

Dated, March 28, 2023

                                              /s John F. McHugh
                                              233 Broadway, Suite 2340
                                              New York, N.Y. 10279
                                              Attorney for the Petitioner


                                              /s Jennifer A. Shah,
                                              Trial Attorney
                                              Torts Branch, Civil Division
                                              U.S. Department of Justice P.O. Box 146 Benjamin Franklin Station
                                              Washington, D.C. 20044-0146
                                              Tel: (202) 305-2181

Jennifer.shah@usdoj.gov

.